Circuit Court for Prince George's County
Case No. CAL18-18171
Argued: January 7, 2019

IN THE COURT OF APPEALS

OF MARYLAND

No. 39

September Term, 2018

_____

PATRICIA MOORE

v.

FERNWOOD MOBILE HOME PARK, INC.

_____

Barbera, C.J.
Greene
McDonald
Watts
Hotten
Getty
Wilner, Alan M.,
    (Senior Judge, Specially Assigned)
                                    JJ.

_____

ORDER

_____

Filed: January 8, 2019

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

Patricia Moore,                          *     IN THE
                Petitioner
                                         *      COURT OF APPEALS
        v.
                                         *     OF MARYLAND
Fernwood Mobile Home Park, Inc.
                Respondent               *     No. 39

                                         *     September Term, 2018

*     *     *     *     *     *     *     *     *     *     *     *     *

## <u>**ORDER**</u>

Whereas, a petition for writ of certiorari having been filed by Petitioner and granted by this Court with a writ of certiorari being issued on October 2, 2018;

Whereas, Petitioner having filed a timely opening brief in this appeal and Respondent having failed to file a responsive brief or sought an extension of time to do so;

Whereas, Counsel for Respondent having moved to withdraw his appearance in this matter on December 13, 2018 on the basis of Respondent's belief that the appeal was moot;

Whereas, Petitioner having moved to preclude Respondent from filing a brief on the basis that Respondent failed to timely file a brief in this appeal;

Whereas, this Court issued an Order on January 4, 2019 in which it denied Respondent's motion of Counsel to withdraw his appearance, granted Petitioner's motion to bar Respondent from filing a brief, and limited oral argument to the issue of the current procedural posture and the appropriate disposition of the case;

Whereas, the Court held oral argument on Monday, January 7, 2019, and heard arguments from both parties,

Now, therefore, it is this 8th day of January, 2019,

**ORDERED**, by the Court of Appeals of Maryland, that this case be, and it is hereby, remanded to the Circuit Court for Prince George's County with instructions to dismiss the appeal to that court as moot, and it is further

**ORDERED**, that the Respondent shall pay the costs in this Court and the Circuit Court. Mandate to issue forthwith.

/s/ Mary Ellen Barbera
Chief Judge